1  HULETT HARPER STEWART LLP
   DENNIS STEWART, SBN: 99152
2  JENNIFER A. KAGAN, SBN: 234554
3  550 West C Street, Suite 1600
   San Diego, CA 92101
4  Telephone:    (619) 338-1133
   Facsimile:    (619) 338-1139
5  e-mail: dstewart@hulettharper.com
          jenni@hulettharper.com
6
7  Attorneys for Plaintiff, ROBERT H. STEINBERG
   [Additional Counsel Listed on Signature Page]
8
            IN THE UNITED STATES DISTRICT COURT
9
            NORTHERN DISTRICT OF CALIFORNIA
10
   ROBERT H. STEINBERG, Individually and   | Case No. C08-02402 JL
11 on Behalf of all Others Similarly Situated, |
                                             | CLASS ACTION
12                 Plaintiff,                |
                                             | CERTIFICATION OF INTERESTED
13 v.                                        | ENTITIES OR PERSONS
14
   MATSON NAVIGATION COMPANY,
15 INC., ALEXANDER & BALDWIN, INC.,
   HORIZON LINES, INC., AND HORIZON
16 LINES, LLC,
17
                   Defendants.

E-filing

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, no such interest is
2  known other than that of the named parties to the action.

3  DATED: May 9, 2008                    HULETT HARPER STEWART, LLP
                                          DENNIS STEWART
4                                         JENNIFER A. KAGAN

5                                         _____
6                                         DENNIS STEWART

7                                         550 West C Street, Suite 1600
                                          San Diego, CA  92101
8                                         Telephone:   (619) 338-1133
                                          Facsimile:   (619) 338-1139
9

10                                        SPECTOR ROSEMAN & KODROFF
                                          EUGENE A. SPECTOR
11                                        JAY S. COHEN
                                          WILLIAM G. CALDES
12                                        JONATHAN M. JAGHER
                                          1818 Market Street, Suite 2500
13                                        Philadelphia, PA  19103
                                          Telephone:   (215) 496-0300
14                                        Facsimile:   (215) 496-6611
15                                        e-mail: classaction@srk-law.com

16                                        MURDOCK GOLDENBERG SCHNEIDER &
                                           GROH LPA
17                                        JOHN C. MURDOCK
18                                        35 East Seventh Street, Suite 600
                                          Cincinnati, OH  45202
19                                        Telephone:   (513) 345-8291
                                          Facsimile:   (513) 345-8294
20                                        e-mail: jmurdock@mgsglaw.com
                                          JOHN MCCARTHY, ESQ.
21                                        217 Bay Avenue
22                                        Somers Point, NJ  08244
                                          Telephone:   (609) 653-1094
23                                        Facsimile:   (609) 653-3029

24
                                          PHILIP A. STEINBERG, ESQ.
25                                        124 Rockland Avenue
                                          Bala Cynwyd, PA  19004
26                                        Telephone:   (215) 664-0972
                                          Facsimile:   (610) 664-3101
27
                                          Attorneys for Plaintiff, ROBERT H. STEINBERG
28

                                                                                    1
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS