1  HULETT HARPER STEWART LLP
   DENNIS STEWART, SBN: 99152
2  SARAH P. WEBER, SBN: 239979
3  550 West C Street, Suite 1600
   San Diego, CA  92101
4  Telephone:     (619) 338-1133
   Facsimile:      (619) 338-1139
5  e-mail:  dstewart@hulettharper.com
            sweber@hulettharper.com
6

7  Attorneys for Plaintiff, ROBERT H. STEINBERG
   [Additional Counsel Listed on Signature Page]

8              **IN THE UNITED STATES DISTRICT COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| ROBERT H. STEINBERG, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MATSON NAVIGATION COMPANY, INC., ALEXANDER & BALDWIN, INC., HORIZON LINES, INC., AND HORIZON LINES, LLC,<br><br>Defendants. | Case No. C08-02402 JL<br><br>**CLASS ACTION**<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY**<br><br><br>JUDGE:    Magistrate Judge James Larson<br>CTRM:    F, 15th Floor |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF SUBSTITUTION OF ATTORNEY; Case No. C08-02402 JL

1   TO THE COURT AND ALL PARTIES OF RECORD:

2   PLEASE TAKE NOTICE THAT the following counsel from Hulett Harper Stewart LLP

3 will be substituted in the above matter in place of Jennifer A. Kagan:

4   Sarah P. Weber     Sweber@hulettharper.com

5   Please serve all pleadings and papers in the above referenced matter on Dennis Stewart and

6 Sarah P. Weber at Hulett Harper Stewart LLP, 550 West C Street, Suite 1600, San Diego,

7 California 92101, Telephone: 619/338-1133, Facsimile: 619/338-1139.

8 DATED:  May 27, 2008     HULETT HARPER STEWART LLP
               DENNIS STEWART
9              SARAH P. WEBER

10

11

               _/s/ Sarah P. Weber_____
12              SARAH P. WEBER

13
               550 West C Street, Suite 1600
14              San Diego, CA  92101
               Telephone: (619) 338-1133
15              Facsimile: (619) 338-1139

16              SPECTOR ROSEMAN & KODROFF
               EUGENE A. SPECTOR
17              JAY S. COHEN
               WILLIAM G. CALDES
18              JONATHAN M. JAGHER
19              1818 Market Street, Suite 2500
               Philadelphia, PA  19103
20              Telephone: (215) 496-0300
               Facsimile: (215) 496-6611
21              e-mail: classaction@srk-law.com

22              MURDOCK GOLDENBERG SCHNEIDER &
23               GROH LPA
               JOHN C. MURDOCK
24              35 East Seventh Street, Suite 600
               Cincinnati, OH  45202
25              Telephone: (513) 345-8291
26              Facsimile: (513) 345-8294
               e-mail: jmurdock@mgsglaw.com
27

28

                         1

[NOTICE OF SUBSTITUTION OF ATTORNEY; Case No. C08-02402 JL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOHN MCCARTHY, ESQ.
217 Bay Avenue
Somers Point, NJ  08244
Telephone:      (609) 653-1094
Facsimile:      (609) 653-3029

PHILIP A. STEINBERG, ESQ.
124 Rockland Avenue
Bala Cynwyd, PA  19004
Telephone:      (215) 664-0972
Facsimile:      (610) 664-3101

Attorneys for Plaintiff, ROBERT H. STEINBERG

2