HULETT HARPER STEWART LLP
DENNIS STEWART, SBN: 99152
SARAH P. WEBER, SBN: 239979
550 West C Street, Suite 1600
San Diego, CA  92101
Telephone:      (619) 338-1133
Facsimile:      (619) 338-1139
e-mail:  dstewart@hulettharper.com
          sweber@hulettharper.com

Attorneys for Plaintiff, ROBERT H. STEINBERG
[Additional Counsel Listed on Signature Page]

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT H. STEINBERG, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MATSON NAVIGATION COMPANY, INC., ALEXANDER & BALDWIN, INC., HORIZON LINES, INC., AND HORIZON LINES, LLC,<br><br>Defendants. | Case No. C08-02402 JL<br><br>**CLASS ACTION**<br><br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION**<br><br>DATE:        TBD<br>TIME:        TBD<br>JUDGE:      Magistrate Judge James Larson<br>CTRM:      F, 15th Floor |

REQ FOR REASSIGNMENT; Case No. C08-02402 JL

1    The undersigned party hereby respectfully declines to consent to the assignment of this

2  case to a United States Magistrate Judge for trial and disposition and hereby requests the

3  reassignment of this case to a United States District Judge.

4  DATED:  May 27, 2008                    HULETT HARPER STEWART LLP
                                            DENNIS STEWART
5                                           SARAH P. WEBER

6

7
                                            */s/ Sarah P. Weber*_____
8                                           SARAH P. WEBER

9
                                            550 West C Street, Suite 1600
10                                          San Diego, CA  92101
                                            Telephone:     (619) 338-1133
11                                          Facsimile:     (619) 338-1139

12                                          SPECTOR ROSEMAN & KODROFF
                                            EUGENE A. SPECTOR
13                                          JAY S. COHEN
                                            WILLIAM G. CALDES
14                                          JONATHAN M. JAGHER
                                            1818 Market Street, Suite 2500
15                                          Philadelphia, PA  19103
                                            Telephone:     (215) 496-0300
16                                          Facsimile:     (215) 496-6611
                                            e-mail: classaction@srk-law.com
17

18                                          MURDOCK GOLDENBERG SCHNEIDER &
                                              GROH LPA
19                                          JOHN C. MURDOCK
                                            35 East Seventh Street, Suite 600
20                                          Cincinnati, OH  45202
                                            Telephone:     (513) 345-8291
21                                          Facsimile:     (513) 345-8294
                                            e-mail: jmurdock@mgsglaw.com
22

23
                                            JOHN MCCARTHY, ESQ.
24                                          217 Bay Avenue
                                            Somers Point, NJ  08244
25                                          Telephone:     (609) 653-1094
                                            Facsimile:     (609) 653-3029
26

27

28
                                                                                    1

1

2     PHILIP A. STEINBERG, ESQ.
      124 Rockland Avenue
3     Bala Cynwyd, PA 19004
      Telephone:    (215) 664-0972
4     Facsimile:    (610) 664-3101

5     Attorneys for Plaintiff, ROBERT H. STEINBERG

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2