| | |
|---|---|
| 1 | HULETT HARPER STEWART LLP |
| 2 | DENNIS STEWART, SBN: 99152<br>SARAH P. WEBER, SBN: 239979 |
| 3 | 550 West C Street, Suite 1600<br>San Diego, CA  92101 |
| 4 | Telephone:    (619) 338-1133 |
|   | Facsimile:    (619) 338-1139 |
| 5 | e-mail:  dstewart@hulettharper.com |
| 6 |          sweber@hulettharper.com |
| 7 | Attorneys for Plaintiff, ROBERT H. STEINBERG<br>[Additional Counsel Listed on Signature Page] |

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT H. STEINBERG, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MATSON NAVIGATION COMPANY, INC., ALEXANDER & BALDWIN, INC., HORIZON LINES, INC., AND HORIZON LINES, LLC,<br><br>Defendants. | Case No. C08-02402 JL<br><br>**CLASS ACTION**<br><br>**PROOF OF SERVICE**<br><br><br>JUDGE:   Magistrate Judge James Larson<br>CTRM:    F, 15th Floor |

PROOF OF SERVICE; Case No. C08-02402 JL

**PROOF OF SERVICE**
*Robert H. Steinberg v. Matson Navigation Company, Inc.*
CASE NO: C08-02402 JL

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is: 550 West C Street, Suite 1600, San Diego, CA 92101.

That on May 27, 2008, I served the following document(s) entitled: **NOTICE OF SUBSTITUTION OF ATTORNEY and REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION** on ALL INTERESTED PARTIES in this action:

**SEE ATTACHED SERVICE LIST**

☑ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in San Diego, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be contained in an overnight envelope and to be deposited in a **Federal Express/Overnite Express** box located at 550 West C Street, San Diego, California, for delivery to the above address(es).

☐ **BY FAX:** I transmitted a copy of the foregoing document(s) this date via telecopier, pursuant to California Rules of Court, Rule 2008, to the facsimile numbers shown on the attached service list. The facsimile machine I used complied with Rule 2003 and no error was reported by the machine. Pursuant to Rule 2008, I caused the machine to print a transmission record of the transmission.

■ **BY CM/ECF Electronic Service:** I caused such document to be served via the Court's electronic filling system on all registered parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 27, 2008, at San Diego, California.

  /s/Sarah P. Weber
  SARAH P. WEBER

PROOF OF SERVICE; Case No. C08-02402 JL

| | |
|---|---|
| 1 | SERVICE BY MAIL: |
| | Case No. C08-02402Jl |
| 2 | *Steinberg v. Matson Navigation Company, et al.* |
| 3 | Jonathan M. Jagher |
| | SPECTOR ROSEMAN & KODROFF |
| 4 | 1818 Market Street |
| | Suite 2500 |
| 5 | Philadelphia, PA 19103 |
| 6 | John McCarthy |
| | LAW OFFICES OF JOHN McCARTHY |
| 7 | 217 Bay Avenue |
| | Somers Point, NJ 08244 |
| 8 | |
| | John C. Murdock |
| 9 | MURDOCK & GOLDENGERG SCHNEIDER & GROH, L.P.A. |
| | 35 East Seventh Street |
| 10 | Suite 600 |
| | Cincinnati, OH 45202 |
| 11 | |
| | Philip A. Steinberg |
| 12 | LAW OFFICES OF PHILIP A. STEINBERG |
| | 124 Rockland Avenue |
| 13 | Bala Cynwyd, PA 19004 |
| 14 | *Attorneys for Plaintiff Robert H. Steinberg* |
| 15 | |
| | Rachel S. Brass |
| 16 | GIBSON, DUNN & CRUTCHER, LLP |
| | One Montgomery Street |
| 17 | Post Montgomery Center |
| | San Francisco, CA 94104-4505 |
| 18 | |
| | *Attorney for Defendants Matson Navigation Company, Inc.* |
| 19 | *and Alexander & Baldwin, Inc.* |
| 20 | |
| | HORIZON LINES, INC. |
| 21 | 4064 Colony Road, Suite 200 |
| | Charlotte, NC 28211 |
| 22 | |
| | HORIZON LINES, LLC |
| 23 | 4064 Colony Road, Suite 200 |
| | Charlotte, NC 28211 |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |