McGuireWoods LLP
Darrel C. Menthe (SBN 186252)
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Tel: (310) 315-8200
Fax: (310) 315-8210
dmenthe@mcguirewoods.com

Attorneys for Horizon Lines, Inc. and
Horizon Lines, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT H. STEINBERG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MATSON NAVIGATION COMPANY, INC., ALEXANDER & BALDWIN, INC., HORIZON LINES, INC., AND HORIZON LINES LLC,<br><br>Defendant. | CASE NO. 3:08-cv-02402-JL<br><br>**NOTICE OF APPEARANCE** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD,

PLEASE TAKE NOTICE: Horizon Lines, Inc. and Horizon Lines, LLC hereby associate Darrel C.

Menthe of McGuireWoods LLP (Los Angeles) as additional counsel of record in this matter.


DATED: May 29, 2008

By: _____/s/_____

Darrel C. Menthe

Attorneys for Horizon Lines, Inc. and Horizon Lines LLC

1