| | |
|---|---|
| 1 | Allan Steyer  (SBN 100318) |
| | STEYER LOWENTHAL BOODROOKAS |
| 2 |  ALVAREZ & SMITH LLP |
| | One California Street, Third Floor |
| 3 | San Francisco, California 94111 |
| | Telephone:  (415) 421-3400 |
| 4 | Facsimile:   (415) 421-2234 |
| | asteyer@steyerlaw.com |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | ROBERT H. STEINBERG |

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ROBERT H. STEINBERG, Individually and on Behalf of all Others Similarly Situated, | ) ) ) | Case No. C 08-02402-VRW |
| Plaintiff, | ) ) | |
| v. | ) ) | **NOTICE OF APPEARANCE** |
| MATSON NAVIGATION COMPANY, INC., ALEXANDER & BALDWIN, INC., HORIZON LINES, INC., AND HORIZON LINES, LLC, | ) ) ) ) ) | |
| Defendants. | ) ) | |

NOTICE OF APPEARANCE
C 08-02402-VRW
S:\Matson Ocean Shipping\Pleadings\Notice of Appearance.wpd

1     PLEASE TAKE NOTICE that Allan Steyer of the law firm Steyer Lowenthal Boodrookas
2 Alvarez & Smith LLP, One California Street, Third Floor, San Francisco, CA 94111, shall
3 appear as counsel for Plaintiff Robert H. Steinberg, individually and on behalf of all others
4 similarly situated, in *Robert H. Steinberg v. Matson Navigation Company, et al.*, No. C 08-
5 02402-VRW (N.D. CA).

7 DATED: May 30, 2008

Allan Steyer  (SBN 100318)
STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone:  (415) 421-3400
Facsimile:   (415) 421-2234
asteyer@steyerlaw.com

Attorneys for Robert H. Steinberg

---

NOTICE OF APPEARANCE
C 08-02402-VRW
S:\Matson Ocean Shipping\Pleadings\Notice of Appearance.wpd