Dennis Stewart (SBN 99152)
Sarah P. Weber (SBN 239979)
HULETT HARPER STEWART LLP
550 West C Street, Suite 1600
San Diego, CA 92101
Telephone: (619) 338-1133
Facsimile:  (619) 338-1139
Email: dstewart@hulettharper.com
         sweber@hulettharper.com

*Counsel for Plaintiff ROBERT H. STEINBERG*
[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT H. STEINBERG, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MATSON NAVIGATION COMPANY, INC.; ALEXANDER & BALDWIN, INC.; HORIZON LINES, INC.; and HORIZON LINES, LLC,<br><br>Defendants. | Case No. 08-02402<br><br>**STIPULATION RE EXTENSION OF RESPONSIVE PLEADING DEADLINE** |

WHEREAS the undersigned plaintiff has filed the above-captioned case;

WHEREAS plaintiff alleges antitrust violations on behalf of purchasers of domestic ocean shipping services for service between the continental United States and Hawaii ("Hawaiian Ocean Shipping");

WHEREAS four complaints have been filed to date in multiple federal district courts by plaintiffs purporting to bring class actions on behalf of purchasers of Hawaiian Ocean Shipping (collectively "the Hawaiian Ocean Shipping Cases");

WHEREAS, a motion is pending before the Judicial Panel on Multidistrict Litigation to transfer the Hawaiian Ocean Shipping Cases to this jurisdiction for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. section 1407;

2. This Stipulation does not constitute a waiver by Defendants of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, or service of process.

IT IS SO STIPULATED.

Dated: June 5, 2008

HULETT HARPER STEWART LLP
DENNIS STEWART
SARAH P. WEBER

*/s/ Sarah P. Weber*
SARAH P. WEBER

550 West C Street, Suite 1600
San Diego, CA 92101
Telephone:  (619) 338-1133
Facsimile:  (619) 338-1139

Eugene A Spector
Jay S. Cohen
William G. Caldes
Jonathan M. Jagher
SPECTOR ROSEMAN & KODROFF P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone:  (215) 496-0300
Facsimile:  (215) 496-6611

John C. Murdock
MURDOCK GOLDENBERG SCHNEIDER & GROH LPA
35 East Seventh Street, Suite 600
Cincinnati, OH 45202
Telephone:  (513) 345-8291
Facsimile:  (513) 345-8294

John McCarthy, Esq.
217 Bay Avenue
Somers Point, NJ 08244
Telephone:  (609) 653-1094
Facsimile:  (609) 653-3029

Philip A. Steinberg, Esq.
124 Rockland Avenue
Bala Cynwyd, PA 19004
Telephone:  (215) 664-0972
Facsimile:  (610) 664-3101

*Counsel for Plaintiff*
*ROBERT H. STEINBERG*

| | |
|---|---|
| 1  Dated: June _4_, 2008 | GIBSON, DUNN & CRUTCHER, LLP |
| 2 | |
| 3 | _[signature]_ |
| 4 | Joel Sanders |
|   | Rachel S. Brass |
| 5 | GIBSON, DUNN & CRUTCHER, LLP |
|   | One Montgomery Street |
| 6 | Post Montgomery Center |
|   | San Francisco, CA 94104 |
| 7 | Telephone:  (415) 393-8200 |
|   | Facsimile:   (415) 986-5309 |
| 8 | |
|   | *Counsel for Defendants* |
| 9 | *Matson Navigation Company, Inc. and Alexander & Baldwin, Inc.* |
| 10 | |
| 11 | Dated: June ____, 2008 | McGUIREWOODS LLP |
| 12 | |
| 13 | _____ |
|   | Darrel C. Menthe |
| 14 | McGUIREWOODS LLP |
|   | 1800 Century Park East, 8th Floor |
| 15 | Los Angeles, CA 90067 |
|   | Telephone: (310) 315-8219 |
| 16 | Facsimile: (310) 315-8210 |
| 17 | Richard J. Rappaport |
|   | Amy B. Manning |
| 18 | Tammy L. Adkins |
|   | McGUIREWOODS LLP |
| 19 | 77 West Wacker Drive |
|   | Suite 4100 |
| 20 | Chicago, Illinois 60601 |
|   | Telephone:  (312) 849-8100 |
| 21 | Facsimile:   (312) 849-3690 |
| 22 | *Counsel for Defendants* |
|   | *Horizon Lines, LLC and* |
| 23 | *Horizon Lines, Inc.* |

STIPULATION RE EXTENSION OF RESPONSIVE PLEADING DEADLINE, Case No. 08-02402    3

| | | |
|---|---|---|
| 1 | Dated: June ____, 2008 | GIBSON, DUNN & CRUTCHER, LLP |
| 2 | | |
| 3 | | _____ |
| 4 | | Joel Sanders |
| | | Rachel S. Brass |
| 5 | | GIBSON, DUNN & CRUTCHER, LLP |
| | | One Montgomery Street |
| 6 | | Post Montgomery Center |
| | | San Francisco, CA 94104 |
| 7 | | Telephone:  (415) 393-8200 |
| | | Facsimile:  (415) 986-5309 |
| 8 | | *Counsel for Defendants* |
| 9 | | *Matson Navigation Company, Inc. and Alexander & Baldwin, Inc.* |
| 10 | Dated: June 4, 2008 | McGUIREWOODS LLP |
| 11 | | |
| 12 | | |
| 13 | | _____ |
| | | Darrel C. Menthe |
| 14 | | McGUIREWOODS LLP |
| | | 1800 Century Park East, 8th Floor |
| 15 | | Los Angeles, CA 90067 |
| | | Telephone: (310) 315-8219 |
| 16 | | Facsimile: (310) 315-8210 |
| 17 | | Richard J. Rappaport |
| | | Amy B. Manning |
| 18 | | Tammy L. Adkins |
| | | McGUIREWOODS LLP |
| 19 | | 77 West Wacker Drive |
| | | Suite 4100 |
| 20 | | Chicago, Illinois 60601 |
| | | Telephone:  (312) 849-8100 |
| 21 | | Facsimile:  (312) 849-3690 |
| 22 | | *Counsel for Defendants* |
| 23 | | *Horizon Lines, LLC and Horizon Lines, Inc.* |