

1  HULETT HARPER STEWART LLP
2  DENNIS STEWART, SBN: 99152
   SARAH P. WEBER, SBN: 239979
3  550 West C Street, Suite 1600
   San Diego, CA 92101
4  Telephone:     (619) 338-1133
   Facsimile:     (619) 338-1139
5  e-mail: dstewart@hulettharper.com
            sweber@hulettharper.com
6
7  Attorneys for Plaintiff, ROBERT H. STEINBERG
   [Additional Counsel Listed on Signature Page]
8
                **IN THE UNITED STATES DISTRICT COURT**
9
         **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**
10

11  ROBERT H. STEINBERG, Individually and          Case No. CV 08-02402 VRW
    on Behalf of all Others Similarly Situated,
12                                                  **CLASS ACTION**
                          Plaintiff,
13                                                  **PROOF OF SERVICE**
14  v.

15  MATSON NAVIGATION COMPANY,
    INC., ALEXANDER & BALDWIN, INC.,
16  HORIZON LINES, INC., AND HORIZON
    LINES, LLC,
17
18                        Defendants.

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE; Case No. CV 08-02402 VRW

**PROOF OF SERVICE**
*Robert H. Steinberg v. Matson Navigation Company, Inc.*
CASE NO: CV 08-02402 VRW

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is: 550 West C Street, Suite 1600, San Diego, CA 92101.

That on June 5, 2008, I served the following document(s) entitled: **STIPULATION RE EXTENSION OF RESPONSIVE PLEADING DEADLINE** on ALL INTERESTED PARTIES in this action:

**SEE ATTACHED SERVICE LIST**

■    **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in San Diego, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐    **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be contained in an overnight envelope and to be deposited in a **Federal Express/Overnite Express** box located at 550 West C Street, San Diego, California, for delivery to the above address(es).

■    **BY ELECTRONIC MAIL:** I transmitted a PDF copy of the foregoing document(s) this date via electronic mail, as indicated on the attached service list.

■    **BY CM/ECF Electronic Service:** I caused such document to be served via the Court's electronic filling system on all registered parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 5, 2008, at San Diego, California.

*Sheralynn M. Machado*
SHERALYNN M. MACHADO

1

1

**SERVICE BY MAIL**
Case No. C08-02402JI

2

*Steinberg v. Matson Navigation Company, et al.*

3

Jonathan M. Jagher

SPECTOR ROSEMAN & KODROFF

4

1818 Market Street
Suite 2500

5

Philadelphia, PA 19103

6

John McCarthy
LAW OFFICES OF JOHN McCARTHY

7

217 Bay Avenue
Somers Point, NJ 08244

8

9

John C. Murdock
MURDOCK & GOLDENGERG SCHNEIDER & GROH, L.P.A.
35 East Seventh Street

10

Suite 600
Cincinnati, OH 45202

11

12

Philip A. Steinberg
LAW OFFICES OF PHILIP A. STEINBERG
124 Rockland Avenue

13

Bala Cynwyd, PA 19004

14

Joel Sanders
Rachael S. Brass (via electronic mail)

15

rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER, LLP

16

One Montgomery Street
San Francisco, California  94104

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE; Case No. CV 08-02402 VRW