1  Dennis Stewart (SBN 99152)
   Sarah P. Weber (SBN 239979)
2  HULETT HARPER STEWART LLP
   550 West C Street, Suite 1600
3  San Diego, CA  92101
   Telephone: (619) 338-1133
4  Facsimile:  (619) 338-1139
   Email: dstewart@huletharper.com
5        sweber@huletharper.com

6  *Counsel for Plaintiff ROBERT H. STEINBERG*
   [Additional counsel listed on signature page]
7

8              **UNITED STATES DISTRICT COURT**

9   **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

10

11  ROBERT H. STEINBERG, Individually and)   Case No. 08-02402
    on behalf of all others similarly situated, )
12                                           )   **STIPULATION RE EXTENSION OF**
                 Plaintiff,                  )   **RESPONSIVE PLEADING DEADLINE**
13                                           )
              v.                             )
14                                           )
    MATSON NAVIGATION COMPANY,               )
15  INC.; ALEXANDER & BALDWIN, INC.;         )
    HORIZON LINES, INC.; and HORIZON         )
16  LINES, LLC,                              )
                                             )
17             Defendants.                   )
                                             )
18  _____ )

19        WHEREAS the undersigned plaintiff has filed the above-captioned case;

20        WHEREAS plaintiff alleges antitrust violations on behalf of purchasers of domestic

21  ocean shipping services for service between the continental United States and Hawaii

22  ("Hawaiian Ocean Shipping");

23        WHEREAS four complaints have been filed to date in multiple federal district

24  courts by plaintiffs purporting to bring class actions on behalf of purchasers of Hawaiian

25  Ocean Shipping (collectively "the Hawaiian Ocean Shipping Cases");

26        WHEREAS, a motion is pending before the Judicial Panel on Multidistrict

27  Litigation to transfer the Hawaiian Ocean Shipping Cases to this jurisdiction for

28  coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. section 1407;

1    WHEREAS plaintiff anticipates the possibility of Consolidated Amended
2  Complaints in the Hawaiian Ocean Shipping Cases;

3    WHEREAS plaintiff and Matson Navigation Company, Inc., Alexander & Baldwin,
4  Inc., Horizon Lines, LLC, and Horizon Lines, Inc. ("Defendants") have agreed that an
5  orderly schedule for any response to the pleadings in the Hawaiian Ocean Shipping Cases
6  would be more efficient for the parties and for the Court;

7    PURSUANT TO CIVIL LOCAL RULE 6-1(a), PLAINTIFF AND
8  DEFENDANTS, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD,
9  HEREBY STIPULATE AS FOLLOWS:

10    1.    The deadline for Defendants to answer, move, or otherwise respond to
11  plaintiff's Complaint shall be extended until the earliest of the following dates: (1) forty-
12  five days after the filing of a Consolidated Amended Complaint in the Hawaiian Ocean
13  Shipping Cases; or (2) forty-five days after plaintiff provides written notice to Defendants
14  that plaintiff does not intend to file a Consolidated Amended Complaint, provided
15  however, that in the event that Defendants should agree to an earlier response date in any
16  Hawaiian Ocean Shipping Case, except by court order, Defendants will respond to the
17  Complaint in the above-captioned case on that earlier date.

18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1    2.    This Stipulation does not constitute a waiver by Defendants of any defense,

2    including but not limited to the defenses of lack of personal jurisdiction, subject matter

3    jurisdiction, improper venue, or service of process.

4        IT IS SO STIPULATED.

5    Dated: June 5, 2008                    HULETT HARPER STEWART LLP
                                            DENNIS STEWART
6                                           SARAH P. WEBER

7

8                                           */s/ Sarah P. Weber*
                                            SARAH P. WEBER
9
                                            550 West C Street, Suite 1600
10                                          San Diego, CA  92101
                                            Telephone:   (619) 338-1133
11                                          Facsimile:   (619) 338-1139

12                                          Eugene A Spector
                                            Jay S. Cohen
13                                          William G. Caldes
                                            Jonathan M. Jagher
14                                          SPECTOR ROSEMAN & KODROFF
                                            P.C.
15                                          1818 Market Street, Suite 2500
                                            Philadelphia, PA  19103
16                                          Telephone:   (215) 496-0300
                                            Facsimile:   (215) 496-6611
17
                                            John C. Murdock
18                                          MURDOCK GOLDENBERG
                                            SCHNEIDER & GROH LPA
19                                          35 East Seventh Street, Suite 600
                                            Cincinnati, OH  45202
20                                          Telephone:   (513) 345-8291
                                            Facsimile:   (513) 345-8294
21
                                            John McCarthy, Esq.
22                                          217 Bay Avenue
                                            Somers Point, NJ  08244
23                                          Telephone:   (609) 653-1094
                                            Facsimile:   (609) 653-3029
24
                                            Philip A. Steinberg, Esq.
25                                          124 Rockland Avenue
                                            Bala Cynwyd, PA  19004
26                                          Telephone:   (215) 664-0972
                                            Facsimile:   (610) 664-3101
27
                                            *Counsel for Plaintiff*
28                                          *ROBERT H. STEINBERG*

1  Dated: June _4_, 2008                    GIBSON, DUNN & CRUTCHER, LLP

2

3

4                                           Joel Sanders
                                            Rachel S. Brass
5                                           GIBSON, DUNN & CRUTCHER, LLP
                                            One Montgomery Street
6                                           Post Montgomery Center
                                            San Francisco, CA 94104
7                                           Telephone:   (415) 393-8200
                                            Facsimile:   (415) 986-5309

8                                           *Counsel for Defendants*
                                            *Matson Navigation Company, Inc. and*
9                                           *Alexander & Baldwin, Inc.*

10  Dated: June ____, 2008                  McGUIREWOODS LLP

11

12

13                                          Darrel C. Menthe
                                            McGUIREWOODS LLP
14                                          1800 Century Park East, 8th Floor
                                            Los Angeles, CA 90067
15                                          Telephone: (310) 315-8219
                                            Facsimile: (310) 315-8210
16
                                            Richard J. Rappaport
17                                          Amy B. Manning
                                            Tammy L. Adkins
18                                          McGUIREWOODS LLP
                                            77 West Wacker Drive
19                                          Suite 4100
                                            Chicago, Illinois 60601
20                                          Telephone:   (312) 849-8100
                                            Facsimile:   (312) 849-3690
21

22                                          *Counsel for Defendants*
                                            *Horizon Lines, LLC and*
23                                          *Horizon Lines, Inc.*

24

25

26

27

28

| | |
|---|---|
| 1 | Dated: June _____, 2008 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | Dated: June _4__, 2008 |
| 12 | |

GIBSON, DUNN & CRUTCHER, LLP

_____
Joel Sanders
Rachel S. Brass
GIBSON, DUNN & CRUTCHER, LLP
One Montgomery Street
Post Montgomery Center
San Francisco, CA 94104
Telephone:   (415) 393-8200
Facsimile:   (415) 986-5309

*Counsel for Defendants*
*Matson Navigation Company, Inc. and*
*Alexander & Baldwin, Inc.*

McGUIREWOODS LLP

_____
Darrel C. Menthe
McGUIREWOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 315-8219
Facsimile: (310) 315-8210

Richard J. Rappaport
Amy B. Manning
Tammy L. Adkins
McGUIREWOODS LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois  60601
Telephone:   (312) 849-8100
Facsimile:   (312) 849-3690

*Counsel for Defendants*
*Horizon Lines, LLC and*
*Horizon Lines, Inc.*

**STIPULATION RE EXTENSION OF RESPONSIVE PLEADING DEADLINE, Case No. 08-02402**    3