AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

ROBERT H. STEINBERG, Individually and on Behalf of all Others Similarly Situated
_Plaintiff_
v.
MATSON NAVIGATION COMPANY, INC.,
ALEXANDER & BALDWIN, INC., HORIZON LINES, INC.
AND HORIZON LINES, LLC
_Defendant_

Civil Action No. C08-02402

JL

**Summons in a Civil Action**

To: _See attached_
(Defendant's name)

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

HULETT HARPER STEWART LLP
DENNIS STEWART
550 West C Street, Suite 1600
San Diego, CA 92101

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: MAY - 9 2008

KELLY COLLINS
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

## LIST OF DEFENDANTS

MATSON NAVIGATION COMPANY, INC.
555 12th St., 7th Fl.
Oakland, CA 94607


ALEXANDER & BALDWIN, INC.
822 Bishop Street
Honolulu, HI 96813-3924


HORIZON LINES, INC.
4064 Colony Road, Suite 200
Charlotte, NC 28211


HORIZON LINES, LLC
4064 Colony Road, Suite 200
Charlotte, NC 28211

| Attorney or Party without Attorney: <br> Dennis Stewart, Esq., Bar #99152 <br> Hulett Harper Stewart LLP <br> 550 W. C Street, # 1600 <br> San Diego, CA 92101 <br> Telephone No: 619-338-1133   FAX No: 619-338-1139 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff   Ref No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: <br> United Stated District Court - Northern District Of California | |
| Plaintiff: Robert H. Steinberg, et al. | |
| Defendant: Matson Navigation Company, Inc., et al. | |

| **PROOF OF SERVICE** <br> **Summons/Complaint** | Hearing Date | Time | Dept/Div | Case Number: <br> C0802402JL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Class Action Complaint; Certification Of Interested Entities Or Persons; Civil Case Cover Sheet; Ecf Registration Information Handout; Notice Of Assignment Of Case To A U S Magistrate Judge For Trial; Consent To Proceed Before A U S Magistrate Judge; Declination To Proceed Before A U S Magistrate Judge And Request For Reassignment To A U S District Judge; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For All Judges; Addition To Local Rules

3. a. Party served:                           Matson Navigation Company, Inc.
   b. Person served:                         Barbara Bodager, Assistant General Counsel / Authorized to Accept Service

4. Address where the party was served:       555 12th Street, 8th Floor
                                              Oakland, CA 94607

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., May. 15, 2008 (2) at: 3:22PM

7. **Person Who Served Papers:**                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jimmy Cosby                            d. **The Fee** for Service was:
   b. **Class Action Research &**            e. I am: (3) registered California process server
      Litigation Support Services, Inc.            (i)   Independent Contractor
      P O Box 740                                  (ii)  Registration No.:   476
      Penryn, CA 95663                             (iii) County:             Alameda
   c. (866) 663-9590, FAX (866) 663-4955

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Fri, May. 16, 2008

                                                                                      (Jimmy Cosby)

| *Attorney or Party without Attorney:*<br>Dennis Stewart, Esq., Bar #99152<br>Hulett Harper Stewart LLP<br>550 W. C Street, # 1600<br>San Diego, CA 92101<br>*Telephone No:* 619-338-1133    *FAX No:* 619-338-1139 | *For Court Use Only* |
|---|---|
| *Attorney for:* Plaintiff    *Ref No. or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United Stated District Court - Northern District Of California | |
| *Plaintiff:* Robert H. Steinberg, et al. | |
| *Defendant:* Matson Navigation Company, Inc., et al. | |

| **PROOF OF SERVICE**<br>**Summons/Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C0802402JL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Class Action Complaint; Certification Of Interested Entities Or Persons; Civil Case Cover Sheet; Ecf Registration Information Handout; Notice Of Assignment Of Case To A U S Magistrate Judge For Trial; Consent To Proceed Before A U S Magistrate Judge; Declination To Proceed Before A U S Magistrate Judge And Request For Reassignment To A U S District Judge; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For All Judges; Addition To Local Rules

3. a. *Party served:*    Alexander & Baldwin, Inc.
   b. *Person served:*   Barbara Bodager, Assistant General Counsel / Authorized to Accept Service

4. *Address where the party was served:*   555 12th Street, 8th Floor
   Oakland, CA 94607

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., May. 15, 2008 (2) at: 3:22PM

7. **Person Who Served Papers:**                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jimmy Cosby                                         d. *The Fee for Service was:*
   b. Class Action Research &                             e. I am: (3) registered California process server
      Litigation Support Services, Inc.                      (i) Independent Contractor
      P O Box 740                                            (ii) *Registration No.:*   476
      Penryn, CA 95663                                       (iii) *County:*            Alameda
   c. (866) 663-9590, FAX (866) 663-4955

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date:Fri, May. 16, 2008



| Judicial Council Form<br>Rule 982.9.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>Summons/Complaint | (Jimmy Cosby) | deste.103023 |
|---|---|---|---|

| Attorney or Party without Attorney: <br> Dennis Stewart, Esq., Bar #99152 <br> Hulett Harper Stewart LLP <br> 550 W. C Street, # 1600 <br> San Diego, CA 92101 <br> Telephone No: 619-338-1133   FAX No: 619-338-1139 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: <br> United Stated District Court - Northern District Of California | |
| Plaintiff: Robert H. Steinberg, et al. | |
| Defendant: Matson Navigation Company, Inc., et al. | |

| **PROOF OF SERVICE** <br> **Summons/Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C0802402JL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Class Action Complaint; Certification Of Interested Entities Or Persons; Civil Case Cover Sheet; Ecf Registration Information Handout; Notice Of Assignment Of Case To A U S Magistrate Judge For Trial; Consent To Proceed Before A U S Magistrate Judge; Declination To Proceed Before A U S Magistrate Judge And Request For Reassignment To A U S District Judge; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For All Judges; Addition To Local Rules

3. a. Party served:     Horizon Lines, Inc.
   b. Person served:     Melanie Baucon, Person Authorized to Accept Service

4. Address where the party was served:     4064 Colony Road, Suite 200 <br> Charlotte, NC 28211

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., May. 19, 2008 (2) at: 3:25PM

7. **Person Who Served Papers:**                  Recoverable Cost Per CCP 1033 5(a)(4)(B)
   a. Ruth Reynolds                    d. The Fee for Service was:
   b. **Class Action Research &**           e. I am: Not a Registered California Process Server
   Litigation Support Services, Inc.
   P O Box 740
   Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Tue, May. 20, 2008

   Judicial Council Form         PROOF OF SERVICE         (Ruth Reynolds)
   Rule 982.9.(a)&(b) Rev January 1, 2007    Summons/Complaint                ste.103024

   Subscriped and Sworn to before me on June 3, 2008
   by the Affiant who is personally known to me.

   _____
   Notary Public

| Attorney or Party without Attorney: <br> Dennis Stewart, Esq., Bar #99152 <br> Hulett Harper Stewart LLP <br> 550 W. C Street, # 1600 <br> San Diego, CA 92101 <br> Telephone No: 619-338-1133    FAX No: 619-338-1139 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: |
| Insert name of Court, and Judicial District and Branch Court: <br> United Stated District Court - Northern District Of California | |
| Plaintiff: Robert H. Steinberg, et al. | |
| Defendant: Matson Navigation Company, Inc., et al. | |

| **PROOF OF SERVICE** <br> **Summons/Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C0802402JL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Class Action Complaint; Certification Of Interested Entities Or Persons; Civil Case Cover Sheet; Ecf Registration Information Handout; Notice Of Assignment Of Case To A U S Magistrate Judge For Trial; Consent To Proceed Before A U S Magistrate Judge; Declination To Proceed Before A U S Magistrate Judge And Request For Reassignment To A U S District Judge; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For All Judges; Addition To Local Rules

3. a. Party served:                           Horizon Lines, LLC
   b. Person served:                         Melanie Baucon, Person Authorized to Accept Service

4. Address where the party was served:       4064 Colony Road, Suite 200
                                              Charlotte, NC 28211

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., May. 19, 2008 (2) at: 3:25PM

7. **Person Who Served Papers:**                         Recoverable Cost Per CCP 1033 5(a)(4)(B)
   a. Ruth Reynolds                                       d. *The Fee for Service was:*
   b. **Class Action Research &**                         e. I am: Not a Registered California Process Server
   Litigation Support Services, Inc.
   P O Box 740
   Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, May. 20, 2008

| Judicial Council Form <br> Rule 982.9.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE <br> Summons/Complaint | (Ruth Reynolds) <br> deste.106025 |
|---|---|---|

Subscribed and Sworn to before me on June 3, 2008
by the Affiant who is personally known to me.

Notary Public