GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
GEORGE A. NICOUD III, SBN 106111
RACHEL S. BRASS, SBN 219301
REBECCA JUSTICE LAZARUS, SBN 227330
One Montgomery Street, Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309
Email: JSanders@gibsondunn.com
       TNicoud@gibsondunn.com
       RBrass@gibsondunn.com
       RJustice@gibsondunn.com

Attorneys for Defendants
MATSON NAVIGATION COMPANY, INC. AND
ALEXANDER & BALDWIN, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT H. STEINBERG, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MATSON NAVIGATION COMPANY, INC., ALEXANDER & BALDWIN, INC., HORIZON LINES, INC., and HORIZON LINES, LLC,<br><br>Defendants. | CASE NO. CV 08-02402 VRW<br><br>NOTICE OF APPEARANCE |

Gibson, Dunn & Crutcher LLP

1

NOTICE OF APPEARANCE, CV 08-02402 VRW

TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:

  PLEASE TAKE NOTICE that Joel S. Sanders, George A. Nicoud III, Rachel S. Brass and Rebecca Justice Lazarus will be appearing on behalf of defendants Matson Navigation Company, Inc. and Alexander & Baldwin, Inc.

> Joel S. Sanders [SBN 107234], JSanders@gibsondunn.com (Lead Counsel)
> George A. Nicoud III [SBN 106111], TNicoud@gibsondunn.com
> Rachel S. Brass [SBN 219301], RBrass@gibsondunn.com
> Rebecca Justice Lazarus [SBN 227330], RJustice@gibsondunn.com
> Gibson, Dunn & Crutcher LLP
> One Montgomery Street, Suite 3100
> San Francisco, California 94104
> Telephone: (415) 393-8200
> Facsimile: (415) 986-5309

DATED:  June 12, 2008

               GIBSON, DUNN & CRUTCHER LLP


               By:    /s/
                   Joel S. Sanders

               Attorneys for Defendants
               MATSON NAVIGATION COMPANY, INC. and
               ALEXANDER & BALDWIN, INC.

100454370_1.DOC