Guido Saveri (SBN 22349)
guido@saveri.com
R. Alexander Saveri (SBN 173102)
rick@saveri.com
**SAVERI & SAVERI INC.**
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

Joseph M. Alioto (SBN 42680)
esexton@aliotolaw.com
**ALIOTO LAW FIRM**
555 California Street, Suite 3160
San Francisco, California 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200

Gilmur R. Murray (SBN 111856)
gmurray@murrayhowardlaw.com
Derek G. Howard (SBN 118082)
dhoward@murrayhowardlaw.com
**MURRAY & HOWARD, LLP**
436 14th Street, Suite 1413
Oakland, California 94612
Telephone: (510) 444-2660
Facsimile: (510) 444-2522

*Attorneys for Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT H. STEINBERG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MATSON NAVIGATION COMPANY, INC. et al.<br><br>Defendants. | Case No. C08-2402 VRW<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| WINKLER WOODS, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MATSON NAVIGATION CO., INC. et al.<br><br>Defendants. | Case No. C08-03169 JSW |

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rules 3-12, Plaintiff WINKLER WOODS, LLC hereby gives notice that its case is related to previous case filed in this district and pursuant to Local Rules 3-12 brings this Administrative Motion for Consideration of whether *Winkler Woods LLC v. Matson Navigation Co., Inc et al.*, Case No. C08-03169 JSW, filed on July 1, 2008, should be related to the low number case, *Steinberg v. Matson Navigation Company, Inc., et al.,* Case No. 3:08-cv-02402, filed on May 9, 2008.

This is the first administrative motion requesting an order consolidating related cases before the Honorable Vaughn R. Walker.[1]

This Administrative Motion is made pursuant to Local Rule 3-12(a), which provides that actions are related when:

(1)   The actions concern substantially the same parties, property, transaction or event; and

(2)   It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

The *Winkler Woods* and *Steinberg* actions comply with the above requirements.  Each action is an antitrust class action consisting of all persons and entities in the United States who purchased domestic ocean shipping services between the United States and Hawaii ("noncontiguous domestic ocean shipping") directly from a defendant.  The legal and factual matters presented in the present case, *Winkler Woods,* and the *Steinberg* action concern substantially similar claims and events and involve the same Defendants: 1) Matson Navigation Co, Inc.; 2) Alexander & Baldwin Inc.; 3) Horizon Lines, LLC, and 4) Horizon Lines Inc.[2]

---

[1] There are currently two other cases assigned to the Hon. Judge Vaughn R. Walker, which involve the same defendants and present similar legal and factual matters.  These cases have not been ordered related to the *Steinberg* case. The two cases are: 1) *Acutron, Inc. v. Matson Navigation Co., Inc. et al,* Case No. 3:08-2600, filed on May 22, 2008 and 2) *50th State Distributors, Inc. et al*. Case No. 3:08-2603, filed on May 23, 2008.

[2] There are currently three MDL proceedings involving complaints alleging a conspiracy in violation of antitrust laws with respect to trade routes between Hawaii or Puerto Rico and the Continental United States or its territories and possessions. Complaints have been filed in nine District Courts throughout the country.  All of the complaints have been filed on behalf of persons who purchased Hawaii or Puerto Rico shipping services directly from the involved Defendants. The three MDL Proceedings are: 1) MDL 1960, *In re: Ocean Shipping Antitrust Litigation*; 2) MDL 1970: *In re: Hawaiian Ocean Shipping Antitrust Litigation* and 3) MDL 1972 *In re: Pacific Noncontiguous Ocean Shipping Antitrust Litigation*.  There is a MDL hearing set for July 31, 2007, at which time Motions to Consolidate and Transfer these Litigations (filed pursuant to 28 U.S.C. § 1407) to the Southern District of Florida (MDL  Proceeding 1960), and the Northern District of California (MDL Proceedings 1970, 1972) will be heard.

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

Pursuant to Local Rule 3-12(a)(2) it would be an unduly burdensome duplication of labor and expense and it would risk the possibility of conflicting results if the cases were conducted separately. Relating *Winkler Woods* action to *Steinberg* action should eliminate duplicative discovery, prevent inconsistent pretrial ruling, and conserve the resources of the parties, their counsel, and the judiciary.

Dated: July 2, 2008      By: /s/ Guido Saveri
                                                  Guido Saveri

                                                  R. Alexander Saveri
                                                  **SAVERI & SAVERI INC.**
                                                  111 Pine Street, Suite 1700
                                                  San Francisco, CA 94111
                                                  Telephone: (415) 217-6810
                                                  Facsimile: (415) 217-6813

                                        By: /s/ Joseph M. Alioto
                                                  Joseph M. Alioto

                                                  **ALIOTO LAW FIRM**
                                                  555 California Street, Suite 3160
                                                  San Francisco, California 94104
                                                  Telephone: (415) 434-8900
                                                  Facsimile:  (415) 434-9200

                                        By: /s/ Gilmur R. Murray
                                                  Gilmur R. Murray

                                                  Derek G. Howard
                                                  **MURRAY & HOWARD, LLP**
                                                  436 14th Street, Suite 1413
                                                  Oakland, California 94612
                                                  Telephone: (510) 444-2660
                                                  Facsimile: (510) 444-2522

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA 94612
Tel. (510) 444-2660
Fax (510) 444-2522

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

# CERTIFICATE OF SERVICE

I, Amanda L. Arnall, declare as follows:

I am employed in Alameda County, which is where service of the document(s), referred to below occurred. I am over the age of 18 and not a party to the within action. My business address is Murray & Howard, LLP, 436 14th Street, Suite 1413, Oakland, California 94612. I am readily familiar with Murray & Howard's practices for the service of documents. On this date, I served or caused to be served a true copy of the following document(s) in the manner listed below:

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

____ **BY FACSIMILE:** I caused the aforementioned document(s) to be transmitted to the telephone number(s) of the addressee(s) specified below;

__X__ **BY FEDERAL EXPRESS:** I caused the sealed envelope containing the aforementioned document(s) to be delivered via overnight courier service to the addressee(s) specified below;

____ **BY HAND DELIVERY:** I caused the sealed envelope containing the aforementioned document(s) to be hand delivered to the addressee(s) specified below on this date.

__X__ **BY MAIL:** I caused the sealed envelope containing the aforementioned document(s) to be deposited with the United States Postal Service at Oakland, California on this date in the ordinary course of business.

__X__ **ELECTRONIC FILING SYSTEM:** on all interested parties registered for e-filing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Oakland, California on July 2, 2008.

By: /s/ *Amanda L. Arnall*
     Amanda L. Arnall

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA 94612
Tel. (510) 444-2660
Fax (510) 444-2522

1
**CERTIFCATE OF SERVICE**

*Via Federal Express Overnight Delivery*:

**Chambers Copies**

Honorable Jeffrey S. White
United States District Court
Northern District of California, San Francisco
Courtroom 2, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Honorable Vaughn R Walker
United States District Court
Northern District of California, San Francisco
Courtroom 6, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 9410

*Via Electronic E-mail Notification*:

- Rachel S. Brass: rbrass@gibsondunn.com
- William G. Caldes: bcaldes@srk-law.com
- Jay S. Cohen: jcohen@srk-law.com
- Jennifer Anne Kagan: jenni@hulettharper.com
- Rebecca Justice Lazarus: rjustice@gibsondunn.com, mkclune@gibsondunn.com, rmcbain@gibsondunn.com
- Darrel Christopher Menthe: dmenthe@mcguirewoods.com, dmenthe@mcguirewoods.com
- Joel Steven Sanders: smaruschak@gibsondunn.com, jsanders@gibsondunn.com
- Dennis Stewart: dstewart@hulettharper.com, office@hulettharper.com
- Allan Steyer: asteyer@steyerlaw.com, lrorem@steyerlaw.com
- Sarah Pickeral Weber: sweber@hulettharper.com, office@hulettharper.com

*Via First Class, U.S. Mail*:

Guido Saveri
R. Alexander Saveri
**SAVERI & SAVERI INC.**
111 Pine Street, Suite 1700
San Francisco, CA 94111

Joseph M. Alioto
**ALIOTO LAW FIRM**
555 California Street, Suite 3160
San Francisco, California 94104

**MURRAY & HOWARD, LLP**
436 14th Street, Suite 1413
Oakland, CA 94612
Tel. (510) 444-2660
Fax (510) 444-2522

2
**CERTIFCATE OF SERVICE**

1  Jonathan M. Jagher
   **Spector, Roseman & Kodroff**
2  1818 Market Street
   Suite 2500
3  Philadelphia, PA 19103

4
   John McCarthy
5  217 Bay Avenue
   Somers Point, NJ 08244
6

7  John C. Murdock
   **Murdock, Goldengerg Schneider & Groh, L.P.A.**
8  35 East Seventh Street
   Suite 600
9  Cincinnati, OH 45202

10
   George A. Nicoud, III
11 **Gibson, Dunn & Crutcher LLP**
   One Montgomery St
12 31st Floor
13 San Francisco, CA 94104

14
   Philip A. Steinberg
15 124 Rockland Avenue
   Bala Cynwyd, PA 19004
16

17

18

19

20

21

22

23

24

25

26

27

28

**MURRAY & HOWARD, LLP**
436 14th Street, Suite 1413
Oakland, CA 94612
Tel. (510) 444-2660
Fax (510) 444-2522

3
**CERTIFCATE OF SERVICE**