UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## RELATED CASE ORDER

A Notice of Related Cases (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials **VRW**, I find that the more recently filed case(s) below are related to the case assigned to me, and such case(s) shall be reassigned to me.

**C 08-02402 VRW**     Steinberg et al v. Matson Navigation Company. et al

**C 08-03169 JSW**     Winkler Woods, LLC v. Matson Navigation Co., Inc. et al

I find that the above case is related to the case assigned to me. _x_

## ORDER

Counsel are instructed that all future filings in any reassigned case are to bear the initials **VRW** immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: July 7, 2008

_____
Vaughn R Walker, United States District Chief Judge

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

Richard W. Wieking, Clerk

DATED: July 7, 2008                                     By: *Cora Klein*
                                                             Deputy Clerk

Copies to:   Courtroom Deputies x
             Case Systems Administrators x
             Counsel of Record x
Entered into Assignment Program: _____ (date)