GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
GEORGE A. NICOUD III, SBN 106111
RACHEL S. BRASS, SBN 219301
REBECCA JUSTICE LAZARUS, SBN 227330
RICHARD J. MCPALMER, SBN 244962
One Montgomery Street, Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309
Email: JSanders@gibsondunn.com
       TNicoud@gibsondunn.com
       RBrass@gibsondunn.com
       RJustice@gibsondunn.com
       RMcpalmer@gibsondunn.com

Attorneys for Defendants
MATSON NAVIGATION COMPANY, INC.
AND ALEXANDER & BALDWIN, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA: SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT H. STEINBERG, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MATSON NAVIGATION COMPANY, INC., et al. <br><br> Defendants | Case No. 08-cv-02402 VRW <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| E&M INTERNATIONAL TRANSPORT, INC., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> HORIZON LINES, INC., et al. <br><br> Defendants. | Case No. 08-cv-03537 MEJ |

1  TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE THAT, pursuant to Civ. L.R. 3-12, Defendants Matson
3  Navigation Company, Inc. and Alexander & Baldwin, Inc., hereby give notice that the following
4  two cases are related within the meaning of Civ. L.R. 3-12:

5  ● *Robert H. Steinberg, et al. v. Matson Navigation Company, Inc., Alexander &*
6  *Baldwin, Inc., Horizon Lines, Inc., and Horizon Lines LLC*, 08-cv-02402-VRW ("*Steinberg*"); and

7  ● *E&M International Transport, Inc., et al. v. Horizon Lines, Inc., Horizon Lines,*
8  *LLC, Matson Navigation Company, Inc., and Alexander & Baldwin, Inc.,* 08-cv-03537-MEJ
9  ("*E&M International*").

10  *Steinberg* is a civil action currently pending in the Northern District of California before
11  the Honorable Vaughn R. Walker. *E&M International* is a civil action currently pending in the
12  Northern District of California before the Honorable Maria Elena-James. *Steinberg* was filed prior
13  to *E&M International* and, as such, is assigned the lower case number.

14  This Administrative Motion is made pursuant to Local Rule 3-12(a), which provides that
15  actions are related when:

16  (1)  The actions concern substantially the same parties, property, transaction or event;
17  and

18  (2)  It appears likely that there will be an unduly burdensome duplication of labor and
19  expense or conflicting results if the cases are conducted before different judges.

20  *Steinberg* and *E&M International* are related within the meaning of Civ. L.R. 3-12. Both
21  cases involve allegations of violations of antitrust statutes in connection with ocean shipping
22  services. Specifically, both actions allege that the Matson and Horizon defendants agreed,
23  combined, or conspired with each other to fix, raise, maintain and/or stabilize prices of
24  noncontiguous domestic ocean shipping and/or to allocate markets and/or customers for those
25  services in the United States. Plaintiffs in both actions name the same defendants. At least three
26  other, similar matters have been assigned or reassigned to Judge Walker.[1]

---

[1] Those matters are: *Acutron, Inc. v. Matson Navigation Company, Inc., et al.*, 08-cv-02600-VRW; *50th State Distributors, Inc. v. Matson Navigation Company, Inc., et al.*, 08-cv-02603-

The factual and legal matters presented in *Steinberg* and *E&M International* will be largely identical.  Whereas assignment to separate judges will create an unduly burdensome duplication of labor, generate unneeded expense, and may lead to conflicting results, assignment to a single judge will conserve judicial resources and lead to more efficient determination of all the actions.[2]

Defendants Matson Navigation Company, Inc. and Alexander & Baldwin, Inc. respectfully request that the *E&M International* action be related to the *Steinberg* action.[3]

Dated:  July 29, 2008

GIBSON, DUNN & CRUTCHER, LLP

/s/
RACHEL S. BRASS
GIBSON, DUNN & CRUTCHER, LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104
Telephone:     (415) 393-8200
Facsimile:       (415) 986-5309

*Counsel for Defendants
Matson Navigation Company, Inc. and
Alexander & Baldwin, Inc.*

100491500_2.DOC

---

VRW; and *Winkler Woods, LLC v. Matson Navigation Co., Inc., et al.*, 08-cv-03169-VRW.

[2]   There are currently two MDL proceedings involving at least fourteen complaints alleging antitrust violations by the Matson and Horizon defendants in the noncontiguous domestic ocean shipping industry.  *In Re: Hawaiian Cabotage Antitrust Litigation*, MDL No. 1970; *In Re: Pacific Ocean Cabotage Antitrust Litigation*, MDL No. 1972.  The *Steinberg* plaintiffs have been identified as interested parties to both proceedings, while *E&M International* has been identified as a potential tag-along action.

[3]   By filing this Notice of a Related Case, Defendants Matson Navigation Company, Inc. and Alexander & Baldwin, Inc. do not consent to proceed before a United States Magistrate Judge.

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED, Case No. 08-cv-02402-VRW and 08-cv-03537-MEJ