GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
GEORGE A. NICOUD III, SBN 106111
RACHEL S. BRASS, SBN 219301
REBECCA JUSTICE LAZARUS, SBN 227330
RICHARD J. MCPALMER, SBN 244962
One Montgomery Street, Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309
Email: JSanders@gibsondunn.com
        TNicoud@gibsondunn.com
        RBrass@gibsondunn.com
        RJustice@gibsondunn.com
        RMcpalmer@gibsondunn.com

Attorneys for Defendants
MATSON NAVIGATION COMPANY, INC.
AND ALEXANDER & BALDWIN, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA: SAN FRANCISCO/OAKLAND DIVISIONS

| | |
|---|---|
| ROBERT H. STEINBERG, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>MATSON NAVIGATION COMPANY, INC., et al. )<br><br>Defendants ) | Case No. 08-cv-02402 VRW<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| ---------------------------------------------------------- )<br>SJ VENTURE GROUP, LLC dba PACIFIC IMPORTS INTERNATIONAL, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>MATSON NAVIGATION COMPANY, INC., et al. )<br><br>Defendants. ) | Case No. 08-cv-03558 WDB |

1    TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE THAT, pursuant to Civ. L.R. 3-12, Defendants Matson

3    Navigation Company, Inc. and Alexander & Baldwin, Inc., hereby give notice that the following

4    two cases are related within the meaning of Civ. L.R. 3-12:

5    ● *Robert H. Steinberg, et al. v. Matson Navigation Company, Inc., Alexander &*

6    *Baldwin, Inc., Horizon Lines, Inc., and Horizon Lines LLC*, 08-cv-02402-VRW ("*Steinberg*"); and

7    ● *SJ Venture Group, LLC, dba Pacific Imports International, et al. v. Matson*

8    *Navigation Company, Inc., Alexander & Baldwin, Inc., Horizon Lines, LLC, and Horizon Lines,*

9    *Inc.,* 08-cv-03558-WDB ("*SJ Venture*").

10    *Steinberg* is a civil action currently pending in the Northern District of California before

11    the Honorable Vaughn R. Walker.  *SJ Venture* is a civil action currently pending in the Northern

12    District of California before the Honorable Wayne D. Brazil.  *Steinberg* was filed prior to *SJ*

13    *Venture* and, as such, is assigned the lower case number.

14    This Administrative Motion is made pursuant to Local Rule 3-12(a), which provides that

15    actions are related when:

16    (1)    The actions concern substantially the same parties, property, transaction or event;

17    and

18    (2)    It appears likely that there will be an unduly burdensome duplication of labor and

19    expense or conflicting results if the cases are conducted before different judges.

20    *Steinberg* and *SJ Venture* are related within the meaning of Civ. L.R. 3-12.  Both cases

21    involve allegations of violations of antitrust statutes in connection with ocean shipping services.

22    Specifically, both actions allege that the Matson and Horizon defendants agreed, combined, or

23    conspired with each other to fix, raise, maintain and/or stabilize prices of noncontiguous domestic

24    ocean shipping and/or to allocate markets and/or customers for those services in the United States.

25    Plaintiffs in both actions name the same defendants.  At least three other, similar matters have

26    been assigned or reassigned to Judge Walker.[1]

27    _____

28    [1]    Those matters are: *Acutron, Inc. v. Matson Navigation Company, Inc., et al.*, 08-cv-02600-VRW; *50th State Distributors, Inc. v. Matson Navigation Company, Inc., et al.*, 08-cv-02603-

1  The factual and legal matters presented in *Steinberg* and *SJ Venture* will be largely

2  identical.  Whereas assignment to separate judges will create an unduly burdensome duplication of

3  labor, generate unneeded expense, and may lead to conflicting results, assignment to a single

4  judge will conserve judicial resources and lead to more efficient determination of all the actions.[2]

5  Defendants Matson Navigation Company, Inc. and Alexander & Baldwin, Inc. respectfully

6  request that the *SJ Venture* action be related to the *Steinberg* action.[3]

7  Dated:  August 11, 2008                          GIBSON, DUNN & CRUTCHER, LLP

8

9                                                    _____/s/_____
                                                     RACHEL S. BRASS

10                                                   GIBSON, DUNN & CRUTCHER, LLP
                                                     One Montgomery Street, Suite 3100
                                                     San Francisco, CA 94104

11                                                   Telephone:     (415) 393-8200
                                                     Facsimile:     (415) 986-5309

12

13                                                   *Counsel for Defendants*
                                                     *Matson Navigation Company, Inc. and*
                                                     *Alexander & Baldwin, Inc.*

14

15

16  100491520_2.DOC

17

18

19

20

21

22

23  VRW; and *Winkler Woods, LLC v. Matson Navigation Co., Inc., et al.*, 08-cv-03169-VRW.

24  [2]    There are currently two MDL proceedings involving at least fourteen complaints alleging
    antitrust violations by the Matson and Horizon defendants in the noncontiguous domestic ocean

25  shipping industry.  *In Re: Hawaiian Cabotage Antitrust Litigation*, MDL No. 1970; *In Re: Pacific
    Ocean Cabotage Antitrust Litigation*, MDL No. 1972.  The *Steinberg* plaintiffs have been

26  identified as interested parties to both proceedings, while *SJ Venture* has been identified as a
    potential tag-along action.

27  [3]    By filing this Notice of a Related Case, Defendants Matson Navigation Company, Inc. and

28  Alexander & Baldwin, Inc. do not consent to proceed before a United States Magistrate Judge.

3